IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC., <br>     Plaintiff, <br><br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br>     Defendants. | Case No. 24-cv-684 <br><br> Judge Charles P. Kocoras |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 145

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 145 | mamosubb |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: March 05, 2024    By:   s/Michael A. Hierl
                                          Michael A. Hierl (Bar No. 3128021)
                                          William B. Kalbac (Bar No. 6301771)
                                          Hughes Socol Piers Resnick & Dym, Ltd.
                                          Three First National Plaza
                                          70 W. Madison Street, Suite 4000
                                          Chicago, Illinois 60602
                                          (312) 580-0100 Telephone
                                          mhierl@hsplegal.com

                                          Attorneys for Plaintiffs
                                          UBISOFT ENTERTAINMENT, S.A. and
                                          UBISOFT, INC.

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 05, 2024.

                                                                    s/Michael A. Hierl