# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC., <br><br>Plaintiff, <br><br><br>v. <br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br>Defendants. | ) ) ) Case No. 24-cv-684 ) ) ) Judge Charles P. Kocoras ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 125

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 125 | kawaii_jpn_shop |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: March 11, 2024      By:   s/Michael A. Hierl
                                 Michael A. Hierl (Bar No. 3128021)
                                 William B. Kalbac (Bar No. 6301771)
                                 Hughes Socol Piers Resnick & Dym, Ltd.
                                 Three First National Plaza
                                 70 W. Madison Street, Suite 4000
                                 Chicago, Illinois 60602
                                 (312) 580-0100 Telephone
                                 mhierl@hsplegal.com

                                 Attorneys for Plaintiffs
                                 UBISOFT ENTERTAINMENT, S.A. and
                                 UBISOFT, INC.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 11, 2024.

                                                                            s/Michael A. Hierl